UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60077-CIV-ZLOCH

ROOF-A-CIDE U.S., INC., and
FRANK MIELE,

      Plaintiffs,

**FINAL ORDER OF DISMISSAL**

vs.

BARBARA MICALI, et al.,

      Defendants.
_____/

    THIS MATTER is before the Court pursuant to the Court's Order To Show Cause (DE 12) previously entered herein, dated July 24, 2017, directing Plaintiff to file, on or before noon on Thursday, July 27, 2017, a Memorandum with the Court showing good cause as to why Plaintiff has failed to effect service of process within the time prescribed by Rule 4(m). In said Order (DE 13), the Court notified Plaintiff that failure to timely abide by the terms and conditions of the Order would result in dismissal of the above-styled cause, without prejudice and without further notice or hearing. The Court notes that Plaintiff has failed to file such a Memorandum or otherwise comply with the Court's prior Order (DE 12).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of July, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copy furnished:

All Counsel of Record